WILFRED GREEENUP 850007 CR

VERSUS

STATE OF LOUISIANA

NO. 23-KH-457

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

October 03, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** WILFRED GREENUP

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST. JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NGHANA LEWIS, DIVISION "B", NUMBER 85,7

Panel composed of Judges Robert A. Chaisson,
Stephen J. Windhorst, and Scott U. Schlegel

## WRIT OF MANDAMUS GRANTED

In his writ application requesting mandamus relief, relator, Wilfred Greenup, complains that the district court has failed to rule on his motion to correct an illegal sentence allegedly filed in the district court. Relator contends that his motion was set for hearing on September 7, 2023, but that the district court refused to rule on it "due to the District Attorney stating: 'Mr. Greenup, your Honor is about to be release and have pending litigation in the Louisiana Supreme Court'." In light of these allegations, we grant relator's request for mandamus relief and order the district court to rule upon relator's motion to correct an illegal sentence, if properly filed, within thirty days of this order, if it has not already done so. The district court is further directed to provide a copy of its ruling to relator and to this Court.

Gretna, Louisiana, this 3rd day of October, 2023.

**RAC**
**SJW**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/03/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**23-KH-457**

_Curtis B. Pursell_

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED
40th District Court (Clerk)
Honorable Nghana Lewis (DISTRICT JUDGE)
Honorable Bridget A. Dinvaut (Respondent)

### MAILED
Wilfred Greenup #111228 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426